UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| JAI DEVON LEE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CV608-042 |
| | ) |
| CLAY TATUM and THE ATTORNEY | ) |
| GENERAL OF THE STATE OF | ) |
| GEORGIA, | ) |
| | ) |
| Respondents. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 16 day of Oct, 2008.

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA